```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION


JOHNNY L. WARD, JR.                             PLAINTIFF


VS.                          CIVIL ACTION NO. 4:05CV96LR


SEARS, ROEBUCK AND COMPANY                      DEFENDANT
```

## JUDGMENT

For the reasons given in the memorandum opinion and order granting defendant's motion for summary judgment entered in this case on this date, it is hereby

Ordered and adjudged that this action is dismissed.

SO ORDERED AND ADJUDGED this 7th day of March, 2006.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE